**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Billy James SIMS, Defendant–Appellant.**

No. 00–7248.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2001.

Decided March 6, 2001.

Billy James Sims, pro se. Marvin Jennings Caughman, Assistant United States Attorney, Columbia, SC, for appellee.

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Billy James Sims seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. In addition, as to Sims' claim under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), assuming without deciding that it may be raised for the first time on appeal from the denial of a § 2255 motion, we find that the sentence imposed does not violate Sims' substantial rights. *See U.S. Sentencing Guidelines Manual* § 5G1.2(d) (1998). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Sims,* Nos. CR–95–1067; CA–00–958–19 (D.S.C. Aug. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*